# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1273

VERSUS

MATTHEW MIRE                                          **OCTOBER 22, 2021**

---

In Re:     Matthew Mire, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, Nos.
           44495, 44496.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT GRANTED AND STAY DENIED.** The district court erred in
issuing the October 15, 2021 order *ex parte*. Absent a showing
of good cause, the district court was required to hold a
contradictory hearing on the State's motion prior to issuing the
order. See **State v. Brown,** 2016-0274 (La. 4/22/16), 192 So.3d
720, 721. We therefore vacate the October 15, 2021 order and
remand this matter to the district court to hold a contradictory
hearing on the State's motion no later than November 2, 2021.

                              **PMc**
                              **MRT**

        **Welch, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
 /DEPUTY CLERK OF COURT
      FOR THE COURT